

AUG 2 6 2016

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| BRADLEY T. OTTO, as personal representative of the estate of Blaine P. Otto, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>NEWFIELD EXPLORATION COMPANY, and NEWFIELD PRODUCTION COMPANY, and NEWFIELD EXPLORATION MID-CONTINENT, INC.,<br><br>Defendants. | Cause No. 1:15-cv-00066-SPW<br><br>**ORDER GRANTING DEFENDANTS NEWFIELD EXPLORATION COMPANY, NEWFIELD PRODUCTION COMPANY, AND NEWFIELD EXPLORATION MID-CONTINENT, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT re: COMMON LAW MARRIAGE** |

Defendants Newfield Exploration Company, Newfield Production Company, and Newfield Exploration Mid-Continent, Inc. (hereinafter "Newfield Defendants"), filed a Motion for Partial Summary Judgment re: Common Law Marriage (Doc. 31). The parties have filed a Stipulation that Plaintiff has no objection to such Motion. In light of such Stipulation, and for the reasons set forth in the Newfield Defendants' Brief in Support (Doc. 33), there is no genuine issue

1

of material fact that the relationship between Blaine Otto and Ashley Moore did not satisfy the requirements for a common law marriage, and the Newfield Defendants are entitled to judgment as a matter of law. For these reasons, and for good cause appearing, IT IS HEREBY ORDERED that the Newfield Defendants' Motion for Partial Summary Judgment re: Common Law Marriage is GRANTED.

DATED this 26th day of August, 2016.

*Susan P. Watters*
Hon. Susan P. Watters
United States District Court Judge