FILED

APR 19 2017

Clerk, U.S. District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| BRADLEY T. OTTO, as personal representative of the estate of Blaine P. Otto, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>NEWFIELD EXPLORATION COMPANY, and NEWFIELD PRODUCTION COMPANY, and NEWFIELD EXPLORATION MID-CONTINENT, INC.,<br><br>Defendants. | CV 15-66-BLG-SPW<br><br>ORDER FOR DISMISSAL WITH PREJUDICE |

Upon the parties' Stipulation for Dismissal with Prejudice (Doc. 87), by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is dismissed with prejudice, with each party to bear their own costs and attorney's fees.

DATED this 19th day of April, 2017.

SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1